**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **17-po-05084-JTJ** |
| | **VIOLATIONS:** |
| **Plaintiff,** | **6028124** |
| | **6563503** |
| **vs.** | **6563504** |
| | **6563505** |
| **ANGEL RAE LORING,** | |
| | **Location Code: M13** |
| **Defendant.** | |
| | **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion to interlineate VN 6563505 (driving under the influence to an unsafe degree) to unsafe operation of a motor vehicle in violation of 36 CFR 4.22(b)(1) is GRANTED;

IT IS FURTHER ORDERED that the defendant shall pay a fine amount of $1000 and a $30 processing fee for VN 6563505 and $200 and a $30 processing fee for VN 6028124.  The fine will be paid in full on or before October 1, 2018. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB.  Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant shall submit to one-year unsupervised probation.  As a condition of this probation, the defendant will not commit any violations similar to the offenses charged in this case.

IT IS FURTHER ORDERED that the defendant will submit documentation of successful completion of ACT or Prime for Life, or similar alcohol education course, to the Court on or before March 19, 2018.  The defendant shall mail the documentation to the Clerk of Court at the following address:

Clerk of Court
United States District Court
Missouri River Courthouse
125 Central Avenue West, Suite 110
Great Falls, MT 59404

The defendant shall pay any and all expenses incurred from completing the above referenced condition;

IT IS FURTHER ORDERED that VN 6028109 and VN 60281010 are DISMISSED.

IT IS FURTHER ORDERED that the trial in the above captioned matter, currently scheduled for September 29, 2017, is VACATED.

DATED this 21st day of September, 2017.


_____
John Johnston
United States Magistrate Judge