# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL R. LORING,<br><br>Defendant. | PO 17-5084-GF-JTJ<br>**Location Code: M13**<br><br>**ORDER** |

The Court issued an Order on September 22, 2017, directing Defendant Angel R. Loring (Loring) to pay a $1,000 fine and a $30.00 processing fee for Violation Number 6563505, and pay a $200.00 fine and a $30.00 processing fee for Violation Number 6028124. (Doc. 17 at 2). The record reflects that Loring has made payments totaling $1,130 on Violation Number 6563505, and payments totaling $200.00 on Violation Number 6028124. Loring has made an overpayment on Violation Number 6563505 in the amount of $100.00. Loring has a balance due on Violation Number 6028124 in the amount of $30.00.

Accordingly, IT IS ORDERED:

1. The Central Violations Bureau shall take $30.00 from the monies Loring paid on Violation Number 6563505 and pay-off the $30.00 balance due on Violation Number 6028124.

2. The Central Violations Bureau shall pay Loring a refund in the amount of $70.00 for the overpayment on Violation Number 6563505. The Central Violations Bureau shall mail the $70.00 refund payment to Loring at the following address:

>   Angel R. Loring
>   P.O. Box 2464
>   Browning, Montana 59417

3. Any late fees and interest that Loring may owe in this matter are waived.

4. All violations are deemed closed.

DATED this 11th day of December, 2018.

_____
John Johnston
United States Magistrate Judge